- 1 -

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Samuel Koza,<br><br>              Plaintiff,<br><br>v.<br><br>Bank of America N.A. and BAC Home Loans Servicing, LP,<br><br>              Defendants. | Civil Action No.  11-cv-833 PAM/SER<br><br>**ORDER** |

Pursuant to the stipulation of the parties, the above-captioned action is hereby DISMISSED in its entirety, with prejudice.

SO ORDERED.

Dated:   September   21  , 2011          s/Paul A. Magnuson
                                                                  Hon. Paul A. Magnuson
                                                                  United States District Judge